Maude E. Gaskins, Appellant, v. Peter Mack, *et al.,* Appellee.

An Appeal from the Circuit Court for Orange County.

Appeal dismissed on motion of counsel· for Appellant.

*Treadwell & Treadwell* and *W. B. Crawford,* for Appellant.

---

Madge Townsley, Plaintiff in Error, v. John H. Welsh, Defendant in Error.

A Writ of Error to the Circuit Court for Dade County.

Writ of Error dismissed on motion of counsel for Defendant in Error.

*W. F. Brown,* for Plaintiff in Error;

*Gramling & Clarkson,* for Defendant in Error.

---

Madge Townsley, Plaintiff in Error, v. John H. Welsh, Defendant in Error.

A Writ of Error to the Circuit Court for Dade County.

Writ of Error dismissed on motion of counsel for Defendant in Error.

*W. F. Brown,* for Plaintiff in Error;

*Gramling & Clarkson,* for Defendant in Error.